1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    MICHAEL RUIZ,                              Case No.  2:24-cv-02757 JDP (PC)

11                   Plaintiff,

12          v.                                   ORDER

13    R. ST. ANDRE, *et al.*

14                   Defendants.

15

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to

17    42 U.S.C. § 1983.  Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid the

18    required filing fee of $350.00 plus the $55.00 administrative fee.[1]  *See* 28 U.S.C. §§ 1914(a),

19    1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in

20    support of a request to proceed *in forma pauperis* or to submit the required fees totaling $405.00.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

23    support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court,

24    or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will

25    result in a recommendation that this action be dismissed; and

26    _____

27          [1]  If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the
      filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are
28    not required to pay the $55.00 administrative fee.

                                                    1

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:    October 22, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE