1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL RENE RUIZ,                    No. 2:24-cv-02757-DC-JDP (PC)

12 |              Plaintiff,

13 |      v.                              ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATIONS AND DISMISSING
14 | R. ST. ANDRE, et al.                 THIS ACTION

15 |              Defendants.             (Doc. No. 7)

16

17         Plaintiff Michael Rene Ruiz is a state prisoner proceeding *pro se* in this civil rights action

18 pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge

19 pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On January 24, 2025, the assigned magistrate judge issued findings and recommendations

21 recommending this action be dismissed, without prejudice, due to Plaintiff's failure to pay the

22 filing fee, to prosecute this action, and to comply with the court's orders. (Doc. No. 7.)

23 Specifically, Plaintiff failed to comply with the October 23, 2024 court order, in which the court

24 directed Plaintiff to file an *in forma pauperis* application or pay the required filing fee. (Doc. No.

25 3.) Plaintiff did not thereafter file an *in forma pauperis* application or pay the required filing fee.

26 Consequently, the magistrate judge issued an order to show cause on December 19, 2024,

27 directing Plaintiff to explain why the court should not dismiss the case due to his failure to pay

28 the filing fee and/or file an *in forma pauperis* application, to prosecute this action, and to comply

1

1  with court orders. (Doc. No. 6.) Plaintiff did not thereafter file a response to the order to show

2  cause or otherwise communicate with the court.

3       The pending findings and recommendations were served on Plaintiff and contained notice

4  that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 7 at

5  3.) To date, no objections to the findings and recommendations have been filed, and the time in

6  which to do so has now passed.

7       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

8  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

9  findings and recommendations are supported by the record and by proper analysis.

10       Accordingly,

11      1.    The findings and recommendations issued on January 24, 2025 (Doc. No. 7) are

12          adopted in full;

13      2.    This action is dismissed without prejudice, due to Plaintiff's failure to pay the

14          filing fee, prosecute this action, and comply with a court order; and

15      3.    The Clerk of the Court is directed to close this case.

18       IT IS SO ORDERED.

19  Dated:  **February 18, 2025**

Dena Coggins
United States District Judge

2